**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|   |   |   |
|---|---|---|
|   | : | Bankruptcy No: 16-20376-CMB |
| Heather Marie Hagens, | : |   |
| Debtor/Movant, | : | Chapter 13 |
|   | : |   |
|   | : |   |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Clients Name:**          **Heather Marie Hagens**
**Incorrect Address:**     **116 Oak Street, Weirton, WV 26062**

**Correct Address:**       **859 Wood Street, Follansbee, WV 26037**

Respectfully Submitted,

Date: <u>July 19, 2019</u>

/s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors