**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/08/2020

IN RE:

HEATHER MARIE HAGENS
859 WOOD STREET
FOLLANSBEE, WV 26037
XXX-XX-9174        Debtor(s)

Case No. 16-20376 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/8/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **WILLIAM E MILLER ESQ**<br>STERN AND EISENBERG PC<br>1581 MAIN ST STE 200<br>WARRINGTON, PA 18976 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: QUICKEN LOANS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~WALMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8737 |
| **FLAGSHIP CREDIT ACCEPTANCE**<br>PO BOX 975658<br>DALLAS, TX 75397 | Trustee Claim Number: 3   INT %: 3.25%<br>Court Claim Number: 1<br>CLAIM: 21,556.36<br>COMMENT: $/PL-CL@3.25%MDF/PL*DK | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9174 |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH 43231 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/PL*DK/CL=16918.80 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4385 |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>635 WOODWARD AVE<br>DETROIT, MI 48226 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: RS/OE*SURR/PL*CL=98621.53 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4888 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 2,720.16<br>COMMENT: CLOSED OFF/JSP*$@0%/PL*13/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9174 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 5,602.21<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7573 |
| **BHS PRIMARY CARE**<br>PO BOX 1549<br>STE 001<br>BUTLER, PA 16003 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9474 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6087 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5088 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7500 |
| **CREDIT COLLECTION SERVICES++**<br>94 WELLS AVE<br><br>NEWTON, MA 02166 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~GEICO/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3891 |
| **CREDIT FIRST NA***<br>BK 13 CREDIT OPERATIONS*<br>POB 818011*<br><br>CLEVELAND, OH 44181-8011 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4178 |
| **JAMESON HEALTH SYSTEM**<br>1211 WILMINGTON AVE<br><br>NEW CASTLE, PA 16105 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: STRICKEN/OE*UNS/SCH-PL@CREDIT MGMT LP*JAMESON HOSPITAL*W/15*DK*CL | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9174 |
| **JAMESON HEALTH SYSTEM**<br>1211 WILMINGTON AVE<br><br>NEW CASTLE, PA 16105 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 4,048.80<br>COMMENT: 1533~CREDIT MGMT LP/SCH*JAMESON HOSPITAL*W/14 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9174 |
| **CULLIGAN WATER CONDITIONING**<br>1502 INDUSTRIAL DR<br><br>ERIE, PA 16505 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8510 |
| **AMERICAN INFOSOURCE LP - AGENT DIRECTV**<br>PO BOX 5008<br><br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 336.30<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5609 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br><br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OB GYN MDCL SVCS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7265 |
| **GROVE CITY AREA FCU**<br>1 CREDIT UNION WAY<br><br>GROVE CITY, PA 16127 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7001 |
| **LUCIEN DIAGNOSTIC IMAGING INC++**<br>PO BOX 182504<br><br>COLUMBUS, OH 43218 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7960 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MID AMERICA BANK & TRUST**<br>C/O TOTAL VISA<br>PO BOX 5220<br>SIOUX FALLS, SD  57117-5220 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 6 | CLAIM: 369.46<br>COMMENT: STMT THRU 4/17/16 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4759 |
| **NORTHWEST CONSUMER DISCOUNT CO\*\***<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA  16365 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0007 |
| **PULASKI TWP MUNICIPAL AUTH**<br>1172 SR 208<br>PULASKI, PA  16143 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1193 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131-1605 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~GAP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5220 |
| **GEICO**<br>ONE GEICO CENTER<br>MACON, GA  31296-0001 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **JAMESON HOSPITAL**<br>1211 WILMINGTON AVE<br>NEW CASTLE, PA  16105 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FLAGSHIP CREDIT ACCEPTANCE**<br>PO BOX 975658<br>DALLAS, TX  75397 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 0.00<br>COMMENT: PIF@CID 3\*ARRS/CL=496.28 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9174 |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>635 WOODWARD AVE<br>DETROIT, MI  48226 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 0.00<br>COMMENT: RS/OE\*SURR/PL\*CL=1175.28 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4888 |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: DITECH FNCL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NEW REZ~SHELLPOINT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |