Certificate Number: 02998-PAW-DE-035286366

Bankruptcy Case Number: 16-20376



02998-PAW-DE-035286366

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 19, 2021, at 9:02 o'clock PM EST, Heather M Hagens completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  January 20, 2021           By:    /s/Terri Everett

                                  Name:  Terri Everett

                                  Title: Counselor