**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Heather Marie Hagens**
   Debtor(s)

Bankruptcy Case No.: 16−20376−CMB

Chapter: 13
Docket No.: 73 − 72

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 27th of April, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/11/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/29/21 at 01:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

  **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

  In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/11/21.**

                                            <u>Carlota M. Bohm</u>
                                            United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-20376-CMB

Heather Marie Hagens  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 3

Date Rcvd: Apr 27, 2021     Form ID: 408v     Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heather Marie Hagens, 859 Wood Street, Follansbee, WV 26037-1354 |
| cr | + | Quicken Loans Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14251229 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14188687 | + | BHS Primary Care, PO Box 1549, Suite 001, Butler, PA 16003-1549 |
| 14216904 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14174686 | + | Credit First / CFNA, Bk13 Credit Operations, Po Box 818011, Cleveland, OH 44181-8011 |
| 14188690 | + | Culligan Water Conditioning Inc, 200 Portersville Road, Ellwood City, PA 16117-2419 |
| 14188691 | + | Direct Merchants Bank, 456 North Kirchoff, Mesa, AZ 85203-7312 |
| 14174693 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Credit, National Bankrupcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14174690 | + | First Federal Credit & Collections, 24700 Chagrin Boulevard, Suite 205, Cleveland, OH 44122-5662 |
| 14174691 | + | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14188693 | + | Geico Casualty Company, One GEICO Center, Macon, GA 31295-0001 |
| 14174699 | + | Jameson Hospital, 1211 Wilmington Avenue, New Castle, PA 16105-2595 |
| 14188694 | + | Lucien Diagnostic Imaging Inc, Department L-3631, Columbus, OH 43260-0001 |
| 14174701 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14174702 | + | Northwest Consumer Discount Company, 3326 Wilmington Road, New Castle, PA 16105-1039 |
| 14188695 | + | Penn Credit, 916 South 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 14188696 | + | Pulaski Township Municipal Authority, 1172 State Route 208, Pulaski, PA 16143-4302 |
| 14188697 | + | Scott Lowery Law Office PC, PO Box 4198, Englewood, CO 80155-4198 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Apr 28 2021 01:54:27 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14188688 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2021 01:54:28 | CACV of Colorado LLC, 4340 South Monaco Street, Denver, CO 80237-3485 |
| 14174681 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 01:54:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14174684 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:54:25 | Citibank, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14174685 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:54:21 | Citibank / The Home Depot, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14188689 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 28 2021 01:46:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14174688 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| District/off: 0315-2 | User: gamr | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2021 | Form ID: 408v | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 28 2021 01:52:36 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14188692 | | Email/Text: G06041@att.com | | |
| | | | Apr 28 2021 01:45:00 | DirecTV LLC, Attn: Bankruptcies, PO Box 6550, Englewood, CO 80155 |
| 14174689 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 28 2021 01:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14176173 | + | Email/Text: bankruptcy@flagshipcredit.com | | |
| | | | Apr 28 2021 01:45:00 | Flagship Credit Acceptance, P.O. Box 3807, Coppell, Tx 75019-5877 |
| 14174692 | + | Email/Text: bankruptcy@flagshipcredit.com | | |
| | | | Apr 28 2021 01:45:00 | Flagship Credit Acceptance, 3 Christy Drive, Suite 201, Chadds Ford, PA 19317-9670 |
| 14174694 | + | Email/Text: info@gcafcu.org | | |
| | | | Apr 28 2021 01:43:00 | Grove City Area Federal Credit Union, 1 Credit Union Way, Grove City, PA 16127-1899 |
| 14174695 | + | Email/Text: bankruptcy@huntington.com | | |
| | | | Apr 28 2021 01:44:00 | Huntington National Bank, Bankruptcy Department, Po Box 89424, Cleveland, OH 44101-6424 |
| 14174697 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Apr 28 2021 01:43:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14174683 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | | Apr 28 2021 01:56:02 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14174700 | + | Email/Text: bknotices@totalcardinc.com | | |
| | | | Apr 28 2021 01:44:00 | Mid America Bank & Trust, c/o Total Visa, PO Box 91510, Sioux Falls, SD 57109-1510 |
| 14174703 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Apr 28 2021 01:42:00 | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14174704 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Apr 28 2021 01:45:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14186541 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Apr 28 2021 01:45:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14178825 | | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Apr 28 2021 01:54:28 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14174705 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 28 2021 01:52:26 | Synchrony Bank / Gap, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14174706 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 28 2021 01:55:57 | Synchrony Bank / JCPenneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 14174707 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 28 2021 01:54:10 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14174708 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 28 2021 01:54:10 | Synchrony Bank / Walmart, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 14174698 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14174696 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14174680 | ##+ | Bank of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14174682 | ##+ | Cds / Escallate LLC, Attn: Bankruptcy, 5200 Stoneham Road, Suite 200, North Canton, OH 44720-1584 |
| 14174687 | ##+ | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrolton, TX 75011-8288 |

TOTAL: 2 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

| District/off: 0315-2 | User: gamr | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2021 | Form ID: 408v | Total Noticed: 43 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Heather Marie Hagens dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Miller | on behalf of Creditor Quicken Loans Inc. wmiller@friedmanvartolo.com  wedwardmiller@gmail.com |

TOTAL: 5