**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>HEATHER MARIE HAGENS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:16-20376<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 26, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/05/2016 and confirmed on 4/12/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 39,325.00 |
| Less Refunds to Debtor | 323.38 | |
| TOTAL AMOUNT OF PLAN FUND | | 39,001.62 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 1,852.34 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,352.34 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4888 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4888 | | | | |
|   FLAGSHIP CREDIT ACCEPTANCE | 21,556.36 | 21,556.36 | 1,868.01 | 23,424.37 |
|     Acct: 9174 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4385 | | | | |
|   FLAGSHIP CREDIT ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9174 | | | | |
| | | | | 23,424.37 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HEATHER MARIE HAGENS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HEATHER MARIE HAGENS | 323.38 | 323.38 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 2,720.16 | 0.00 | 0.00 | 0.00 |
|     Acct: 9174 | | | | |
|   JAMESON HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9174 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8737 | | | | |
|   BANK OF AMERICA NA** | 5,602.21 | 4,362.10 | 0.00 | 4,362.10 |
|     Acct: 7573 | | | | |
|   BHS PRIMARY CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9474 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |

16-20376 Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6087 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5088 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7500 | | | | |
|   CREDIT COLLECTION SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3891 | | | | |
|   CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4178 | | | | |
|   JAMESON HEALTH SYSTEM | 6,823.80 | 5,313.27 | 0.00 | 5,313.27 |
| Acct: 9174 | | | | |
|   CULLIGAN WATER CONDITIONING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8510 | | | | |
|   AMERICAN INFOSOURCE LP - AGENT DIR | 336.30 | 261.86 | 0.00 | 261.86 |
| Acct: 5609 | | | | |
|   FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7265 | | | | |
|   GROVE CITY AREA FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7001 | | | | |
|   LUCIEN DIAGNOSTIC IMAGING INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7960 | | | | |
|   MID AMERICA BANK & TRUST | 369.46 | 287.68 | 0.00 | 287.68 |
| Acct: 4759 | | | | |
|   NORTHWEST CONSUMER DISCOUNT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0007 | | | | |
|   PULASKI TWP MUNICIPAL AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1193 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5220 | | | | |
|   WILLIAM E MILLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   GEICO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   JAMESON HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 10,224.91 |

TOTAL PAID TO CREDITORS      33,649.28

TOTAL CLAIMED
PRIORITY      2,720.16
SECURED      21,556.36
UNSECURED      13,131.77

Date: 04/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    HEATHER MARIE HAGENS

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-20376

Chapter 13

Document No.:

**ORDER OF COURT**

    AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-20376-CMB

Heather Marie Hagens     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 3

Date Rcvd: Apr 27, 2021     Form ID: pdf900     Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heather Marie Hagens, 859 Wood Street, Follansbee, WV 26037-1354 |
| cr | + | Quicken Loans Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14251229 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14188687 | + | BHS Primary Care, PO Box 1549, Suite 001, Butler, PA 16003-1549 |
| 14216904 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14174686 | + | Credit First / CFNA, Bk13 Credit Operations, Po Box 818011, Cleveland, OH 44181-8011 |
| 14188690 | + | Culligan Water Conditioning Inc, 200 Portersville Road, Ellwood City, PA 16117-2419 |
| 14188691 | + | Direct Merchants Bank, 456 North Kirchoff, Mesa, AZ 85203-7312 |
| 14174693 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Credit, National Bankrupcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14174690 | + | First Federal Credit & Collections, 24700 Chagrin Boulevard, Suite 205, Cleveland, OH 44122-5662 |
| 14174691 | + | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14188693 | + | Geico Casualty Company, One GEICO Center, Macon, GA 31295-0001 |
| 14174699 | + | Jameson Hospital, 1211 Wilmington Avenue, New Castle, PA 16105-2595 |
| 14188694 | + | Lucien Diagnostic Imaging Inc, Department L-3631, Columbus, OH 43260-0001 |
| 14174701 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14174702 | + | Northwest Consumer Discount Company, 3326 Wilmington Road, New Castle, PA 16105-1039 |
| 14188695 | + | Penn Credit, 916 South 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 14188696 | + | Pulaski Township Municipal Authority, 1172 State Route 208, Pulaski, PA 16143-4302 |
| 14188697 | + | Scott Lowery Law Office PC, PO Box 4198, Englewood, CO 80155-4198 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Apr 28 2021 01:54:27 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14188688 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2021 01:52:46 | CACV of Colorado LLC, 4340 South Monaco Street, Denver, CO 80237-3485 |
| 14174681 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 01:52:33 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14174684 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:54:22 | Citibank, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14174685 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:52:38 | Citibank / The Home Depot, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14188689 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 28 2021 01:46:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14174688 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| District/off: 0315-2 | User: gamr | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2021 | Form ID: pdf900 | Total Noticed: 43 |

| | | | |
|---|---|---|---|
| | | Apr 28 2021 01:52:36 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14188692 | Email/Text: G06041@att.com | | |
| | | Apr 28 2021 01:45:00 | DirecTV LLC, Attn: Bankruptcies, PO Box 6550, Englewood, CO 80155 |
| 14174689 | + Email/Text: mrdiscen@discover.com | | |
| | | Apr 28 2021 01:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14176173 | + Email/Text: bankruptcy@flagshipcredit.com | | |
| | | Apr 28 2021 01:45:00 | Flagship Credit Acceptance, P.O. Box 3807, Coppell, Tx 75019-5877 |
| 14174692 | + Email/Text: bankruptcy@flagshipcredit.com | | |
| | | Apr 28 2021 01:45:00 | Flagship Credit Acceptance, 3 Christy Drive, Suite 201, Chadds Ford, PA 19317-9670 |
| 14174694 | + Email/Text: info@gcafcu.org | | |
| | | Apr 28 2021 01:43:00 | Grove City Area Federal Credit Union, 1 Credit Union Way, Grove City, PA 16127-1899 |
| 14174695 | + Email/Text: bankruptcy@huntington.com | | |
| | | Apr 28 2021 01:44:00 | Huntington National Bank, Bankruptcy Department, Po Box 89424, Cleveland, OH 44101-6424 |
| 14174697 | + Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Apr 28 2021 01:43:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14174683 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Apr 28 2021 01:54:15 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14174700 | + Email/Text: bknotices@totalcardinc.com | | |
| | | Apr 28 2021 01:44:00 | Mid America Bank & Trust, c/o Total Visa, PO Box 91510, Sioux Falls, SD 57109-1510 |
| 14174703 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Apr 28 2021 01:42:00 | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14174704 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Apr 28 2021 01:45:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14186541 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Apr 28 2021 01:45:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14178825 | Email/PDF: rmscedi@recoverycorp.com | | |
| | | Apr 28 2021 01:54:27 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14174705 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 28 2021 01:52:26 | Synchrony Bank / Gap, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14174706 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 28 2021 01:54:10 | Synchrony Bank / JCPenneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 14174707 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 28 2021 01:55:57 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14174708 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 28 2021 01:54:10 | Synchrony Bank / Walmart, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 14174698 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14174696 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14174680 | ##+ | Bank of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14174682 | ##+ | Cds / Escallate LLC, Attn: Bankruptcy, 5200 Stoneham Road, Suite 200, North Canton, OH 44720-1584 |
| 14174687 | ##+ | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrolton, TX 75011-8288 |

TOTAL: 2 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

District/off: 0315-2 User: gamr Page 3 of 3
Date Rcvd: Apr 27, 2021 Form ID: pdf900 Total Noticed: 43

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Heather Marie Hagens dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Miller | on behalf of Creditor Quicken Loans Inc. wmiller@friedmanvartolo.com wedwardmiller@gmail.com |

TOTAL: 5