| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Heather Marie Hagens** | Social Security number or ITIN  xxx−xx−9174 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **16−20376−CMB** | |

# Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Heather Marie Hagens

<u>6/14/21</u>                                                          **By the court:**       <u>Carlota M. Bohm</u>
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Heather Marie Hagens  
    Debtor

Case No. 16-20376-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 3  
Date Rcvd: Jun 14, 2021      Form ID: 3180W      Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heather Marie Hagens, 859 Wood Street, Follansbee, WV 26037-1354 |
| cr | + | Quicken Loans Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14188687 | + | BHS Primary Care, PO Box 1549, Suite 001, Butler, PA 16003-1549 |
| 14216904 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14188690 | + | Culligan Water Conditioning Inc, 200 Portersville Road, Ellwood City, PA 16117-2419 |
| 14188691 | + | Direct Merchants Bank, 456 North Kirchoff, Mesa, AZ 85203-7312 |
| 14188693 | + | Geico Casualty Company, One GEICO Center, Macon, GA 31295-0001 |
| 14174699 | + | Jameson Hospital, 1211 Wilmington Avenue, New Castle, PA 16105-2595 |
| 14188694 | + | Lucien Diagnostic Imaging Inc, Department L-3631, Columbus, OH 43260-0001 |
| 14174701 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14174702 | + | Northwest Consumer Discount Company, 3326 Wilmington Road, New Castle, PA 16105-1039 |
| 14188695 | + | Penn Credit, 916 South 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 14188696 | + | Pulaski Township Municipal Authority, 1172 State Route 208, Pulaski, PA 16143-4302 |
| 14188697 | + | Scott Lowery Law Office PC, PO Box 4198, Englewood, CO 80155-4198 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 15 2021 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2021 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 15 2021 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2021 00:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: RECOVERYCORP.COM | Jun 15 2021 03:43:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14251229 | | EDI: DIRECTV.COM | Jun 15 2021 03:43:00 | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14174680 | + | EDI: BANKAMER.COM | Jun 15 2021 03:43:00 | Bank of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14188688 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2021 00:27:15 | CACV of Colorado LLC, 4340 South Monaco |

| Recipient | Flag | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Street, Denver, CO 80237-3485 |
| 14174681 | + | EDI: CAPITALONE.COM | Jun 15 2021 03:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14174684 | + | EDI: CITICORP.COM | Jun 15 2021 03:43:00 | Citibank, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14174685 | + | EDI: CITICORP.COM | Jun 15 2021 03:43:00 | Citibank / The Home Depot, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14188689 | + | EDI: CCS.COM | Jun 15 2021 03:43:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14174686 | + | EDI: CRFRSTNA.COM | Jun 15 2021 03:43:00 | Credit First / CFNA, Bk13 Credit Operations, Po Box 818011, Cleveland, OH 44181-8011 |
| 14174687 | + | EDI: CMIGROUP.COM | Jun 15 2021 03:43:00 | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrolton, TX 75011-8288 |
| 14174688 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 15 2021 00:27:10 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14188692 | | EDI: DIRECTV.COM | Jun 15 2021 03:43:00 | DirecTV LLC, Attn: Bankruptcies, PO Box 6550, Englewood, CO 80155 |
| 14174689 | + | EDI: DISCOVER.COM | Jun 15 2021 03:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14174690 | | Email/Text: jill@ffcc.com | Jun 15 2021 00:04:00 | First Federal Credit & Collections, 24700 Chagrin Boulevard, Suite 205, Cleveland, OH 44122 |
| 14174693 | | EDI: FORD.COM | Jun 15 2021 03:43:00 | Ford Credit, National Bankrupcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14174691 | + | EDI: AMINFOFP.COM | Jun 15 2021 03:43:00 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14176173 | + | Email/Text: bankruptcy@flagshipcredit.com | Jun 15 2021 00:05:00 | Flagship Credit Acceptance, P.O. Box 3807, Coppell, Tx 75019-5877 |
| 14174692 | + | Email/Text: bankruptcy@flagshipcredit.com | Jun 15 2021 00:05:00 | Flagship Credit Acceptance, 3 Christy Drive, Suite 201, Chadds Ford, PA 19317-9670 |
| 14174694 | + | Email/Text: info@gcafcu.org | Jun 15 2021 00:04:00 | Grove City Area Federal Credit Union, 1 Credit Union Way, Grove City, PA 16127-1899 |
| 14174695 | + | Email/Text: bankruptcy@huntington.com | Jun 15 2021 00:05:00 | Huntington National Bank, Bankruptcy Department, Po Box 89424, Cleveland, OH 44101-6424 |
| 14174696 | | EDI: IRS.COM | Jun 15 2021 03:43:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14174683 | | EDI: JPMORGANCHASE | Jun 15 2021 03:43:00 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14174700 | + | EDI: TCISOLUTIONS.COM | Jun 15 2021 03:43:00 | Mid America Bank & Trust, c/o Total Visa, PO Box 91510, Sioux Falls, SD 57109-1510 |
| 14174703 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 15 2021 00:04:00 | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14174704 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 15 2021 00:05:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14186541 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 15 2021 00:05:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14178825 | | EDI: RECOVERYCORP.COM | Jun 15 2021 03:43:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14174705 | + | EDI: RMSC.COM | Jun 15 2021 03:43:00 | Synchrony Bank / Gap, Attn: Bankruptcy, Po Box |

Case 16-20376-CMB    Doc 78    Filed 06/16/21    Entered 06/17/21 00:29:53    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: lfin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 14, 2021 | Form ID: 3180W | Total Noticed: 47 |

| | | | | 103104, Roswell, GA 30076-9104 |
|---|---|---|---|---|
| 14174706 | + EDI: RMSC.COM | | Jun 15 2021 03:43:00 | Synchrony Bank / JCPenneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 14174707 | + EDI: RMSC.COM | | Jun 15 2021 03:43:00 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14174708 | + EDI: RMSC.COM | | Jun 15 2021 03:43:00 | Synchrony Bank / Walmart, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 14174698 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14174697 | *+ | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14174682 | ##+ | Cds / Escallate LLC, Attn: Bankruptcy, 5200 Stoneham Road, Suite 200, North Canton, OH 44720-1584 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Heather Marie Hagens dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Miller | on behalf of Creditor Quicken Loans Inc. wmiller@friedmanvartolo.com wedwardmiller@gmail.com |

TOTAL: 5