**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   HEATHER MARIE HAGENS

       Debtor(s)

   Ronda J. Winnecour
       Movant
       vs.
   No Repondents.

Case No.: 16-20376

Chapter 13

Related to: Document No. 72

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___14th___ day of ___June___, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
6/14/21 9:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-20376-CMB

Heather Marie Hagens     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 3

Date Rcvd: Jun 14, 2021     Form ID: pdf900     Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heather Marie Hagens, 859 Wood Street, Follansbee, WV 26037-1354 |
| cr | + | Quicken Loans Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14188687 | + | BHS Primary Care, PO Box 1549, Suite 001, Butler, PA 16003-1549 |
| 14174680 | + | Bank of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14216904 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14174686 | + | Credit First / CFNA, Bk13 Credit Operations, Po Box 818011, Cleveland, OH 44181-8011 |
| 14188690 | + | Culligan Water Conditioning Inc, 200 Portersville Road, Ellwood City, PA 16117-2419 |
| 14188691 | + | Direct Merchants Bank, 456 North Kirchoff, Mesa, AZ 85203-7312 |
| 14174693 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Credit, National Bankrupcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14174691 | + | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14188693 | + | Geico Casualty Company, One GEICO Center, Macon, GA 31295-0001 |
| 14174699 | + | Jameson Hospital, 1211 Wilmington Avenue, New Castle, PA 16105-2595 |
| 14188694 | + | Lucien Diagnostic Imaging Inc, Department L-3631, Columbus, OH 43260-0001 |
| 14174701 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14174702 | + | Northwest Consumer Discount Company, 3326 Wilmington Road, New Castle, PA 16105-1039 |
| 14188695 | + | Penn Credit, 916 South 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 14188696 | + | Pulaski Township Municipal Authority, 1172 State Route 208, Pulaski, PA 16143-4302 |
| 14188697 | + | Scott Lowery Law Office PC, PO Box 4198, Englewood, CO 80155-4198 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jun 15 2021 00:27:13 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14251229 | | Email/Text: G06041@att.com | Jun 15 2021 00:05:00 | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14188688 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2021 00:26:01 | CACV of Colorado LLC, 4340 South Monaco Street, Denver, CO 80237-3485 |
| 14174681 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 15 2021 00:25:55 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14174684 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2021 00:26:02 | Citibank, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14174685 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2021 00:27:15 | Citibank / The Home Depot, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14188689 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 15 2021 00:06:00 | Credit Collection Services, 725 Canton Street, |

| District/off: 0315-2 | User: lfin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 14, 2021 | Form ID: pdf900 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | | Norwood, MA 02062-2679 |
| 14174688 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 15 2021 00:25:56 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14188692 | | Email/Text: G06041@att.com | Jun 15 2021 00:05:00 | DirecTV LLC, Attn: Bankruptcies, PO Box 6550, Englewood, CO 80155 |
| 14174689 | + | Email/Text: mrdiscen@discover.com | Jun 15 2021 00:04:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14174690 | | Email/Text: jill@ffcc.com | Jun 15 2021 00:04:00 | First Federal Credit & Collections, 24700 Chagrin Boulevard, Suite 205, Cleveland, OH 44122 |
| 14176173 | + | Email/Text: bankruptcy@flagshipcredit.com | Jun 15 2021 00:05:00 | Flagship Credit Acceptance, P.O. Box 3807, Coppell, Tx 75019-5877 |
| 14174692 | + | Email/Text: bankruptcy@flagshipcredit.com | Jun 15 2021 00:05:00 | Flagship Credit Acceptance, 3 Christy Drive, Suite 201, Chadds Ford, PA 19317-9670 |
| 14174694 | + | Email/Text: info@gcafcu.org | Jun 15 2021 00:04:00 | Grove City Area Federal Credit Union, 1 Credit Union Way, Grove City, PA 16127-1899 |
| 14174695 | + | Email/Text: bankruptcy@huntington.com | Jun 15 2021 00:05:00 | Huntington National Bank, Bankruptcy Department, Po Box 89424, Cleveland, OH 44101-6424 |
| 14174696 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 15 2021 00:04:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14174683 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 15 2021 00:25:53 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14174700 | + | Email/Text: bknotices@totalcardinc.com | Jun 15 2021 00:05:00 | Mid America Bank & Trust, c/o Total Visa, PO Box 91510, Sioux Falls, SD 57109-1510 |
| 14174703 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 15 2021 00:04:00 | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14174704 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 15 2021 00:05:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14186541 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 15 2021 00:05:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14178825 | | Email/PDF: rmscedi@recoverycorp.com | Jun 15 2021 00:27:13 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14174705 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2021 00:25:51 | Synchrony Bank / Gap, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14174706 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2021 00:25:51 | Synchrony Bank / JCPenneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 14174707 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2021 00:27:06 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14174708 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2021 00:27:05 | Synchrony Bank / Walmart, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 14174698 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14174697 | *+ | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14174682 | ##+ | Cds / Escallate LLC, Attn: Bankruptcy, 5200 Stoneham Road, Suite 200, North Canton, OH 44720-1584 |

| District/off: 0315-2 | User: lfin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 14, 2021 | Form ID: pdf900 | Total Noticed: 44 |

14174687    ##+    Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrolton, TX 75011-8288

TOTAL: 2 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2021              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Heather Marie Hagens dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Miller | on behalf of Creditor Quicken Loans Inc. wmiller@friedmanvartolo.com  wedwardmiller@gmail.com |

TOTAL: 5